IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 3:11-mj-9-DSC |
| | ) | |
| v. | ) | |
| | ) | |
| REGINALD CORNELL DAVIS, JR. | ) | **ORDER** |
| | ) | |

THIS MATTER is before the Court upon Motion of the Government, with consent of the Defendant, to dismiss the above-captioned criminal Complaint. For the reasons stated in the Government's Motion,

IT IS HEREBY ORDERED that the criminal Complaint in this case be dismissed.

**SO ORDERED**.

Signed: October 22, 2012

David S. Cayer
United States Magistrate Judge